UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BAUERLY BROS, INC., as Administrators and Trustees of Bauerly Brothers, Inc., comprehensive Major Medical Health Care Plan,

Plaintiff,

vs

CV 02-252 RHK/RLE

CHRISTOPHER G. LEIGHTON
SCHOEP & MCCASHIN, CHARTERED
XYZ FINANCIAL INSTITUTION,

Defendants.

**ORDER OF DISMISSAL**

The Court having been advised that the above action has been settled, the parties needing additional time to finalize a settlement agreement,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for thirty (30) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: March 7, 2002

RICHARD H. KYLE, JUDGE
U.S. DISTRICT COURT

FILED MAR 07 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK